CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 06 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CURTIS J. BROWN, | ) | CASE NO. 7:14CV00370 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| | ) | |
| GERALD MCPEAK, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action as amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); the plaintiff's motion for discovery (ECF No. 28) is **DISMISSED** as moot; this action is stricken from the active docket of the court; and, finding it appropriate to do so, the order directing the trust account officer to collect the filing fee (ECF No. 7) is hereby **VACATED** and the clerk is **DIRECTED** to refund any payments collected in this action.

ENTER: This 4th day of October, 2014.

/s/ Glen E. Conrad
Chief United States District Judge